# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| TERRENCE JAVON FLOYD, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-57 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:01-cr-9) |
| | * | |
| Respondent. | * | |

### ORDER

Presently before the Court is the Magistrate Judge's May 24, 2016, Report and Recommendation, dkt. no. 5, to which Terrence Floyd ("Floyd") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Floyd's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, **DENIES** Floyd leave to appeal *in forma pauperis*, and **DENIES** Floyd a Certificate of Appealability. The Court also **DISMISSES as moot** Respondent's Motion to Dismiss. Dkt. No. 3. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

SO ORDERED, this 1T day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)